**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CLAYTON SCHWANN et al, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC., <br><br> Defendant. | Civ. A. No. 1:11-cv-11094-DJC |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL PLAINTIFFS EXCEPT PLAINTIFF SCHWANN, AND REQUEST FOR 30 DAY STAY TO PERMIT <u>FURTHER SETTLEMENT DISCUSSIONS</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed upon by and among the parties in the above-captioned matter, acting through their counsel, that all claims asserted by Plaintiffs Lawrence Adams, Jeff Baylies, James Duggan, Ramon Heleodoro, Thomas Leduc, Phinnias Muchirahondo, Robert Sangster, Temistocles Santos, and Eric Vitale in this action against Defendant FedEx Ground Package System, Inc. shall be dismissed with prejudice.

The claims of Plaintiff Clayton Schwann are not affected by this stipulation and remain pending. However, the parties respectfully request the Court to stay any decision on the Plaintiffs' motion for summary judgment for thirty (30) days to allow the parties time for settlement negotiations between Plaintiff Schwann and the Defendant.

Dated: November 30, 2016

Respectfully submitted,

CLAYTON SCHWANN, THOMAS LEDUC, MARVIN SANTIAGO, RAMON HELEODORO, JAMES DUGGAN, ERIC VITALE, PHINNIAS MUCHIRAHONDO, TEMISTOCLES SANTOS, LAWRENCE ADAMS, JEFF BAYLIES, and ROBERT SANGSTER,

By their attorneys,

  /s/ Harold L. Lichten
Harold L. Lichten BBO # 549689
Shannon Liss-Riordan BBO # 640716
Peter M. Delano BBO # 685079
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
sliss@llrlaw.com
pdelano@llrlaw.com

FEDEX GROUND PACKAGE SYSTEM, INC.

By its attorneys,

  /s/ James C. Rehnquist
James C. Rehnquist (BBO # 552602)
Kate E. MacLeman (BBO # 684962)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Fax: 617.523.1231
jrehnquist@goodwinprocter.com
kmacleman@goodwinprocter.com

## **CERTIFICATE OF SERVICE**

I, Harold Lichten, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 30, 2016.

/s/ Harold Lichten
Harold Lichten