# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETS

April 10,2018

---

CLAYTON SCHWAN, AT AL

case 11;11094-DJC

V.

FEDEX GROUND SYSTEMS

---

MOTION TO ENFORCE THE ORAL SETTLEMENT AGREEMENT REACHED AT JANUARY 29,2018 AND FINAL STIPOLATION OF DISMISSING.

Dear Judge Casper /Dein

My name is Clayton Schwan, plaintiff in the case above, respectfully request the court to enforce and stipulate the dismissing of the case base at oral settlement recorded at January 29,2018 and FedEx pay the parties. The voluntarily agreement between the parties agreed, and to avoid mistakes, the plaintiff reconfirm and direct the party's payments involve, (and I made clearly, again, by a confidential letter at February ,2,2018). The oral agreement reflects the amount plaintiff will be paid, the amount attorneys will be paid, the number the checks to be issued, how to be reported for plaintiff and attorneys for taxes proposes and the confidentially between the parties about the settlement.

If we combine both sides that day and leave out; me and Judge Dein, probably there between 7 or 8 lawyers, and they know what they are doing very well, there's no kindergarten kids over there. Its April 10, 2018 and I still doesn't receive the check. I just want to clarify that the court has absolute not responsibility in what both parties voluntary agreed, and the all responsibility and consequences is over the lawyer's parties there that day. The court made a great job mediating the binding agreement. FedEx was notified in March 30,2018 about the mistake and confuse in the paper agreement from March 28,2018. I memorized FedEx at April 2,2018 with a written agreement signed for me, reflecting the oral one, and no answer at all, that's the reason why I ask for court intervention for this action, the case is settle, it's binding, and the parties need receive the money and move forward. Thanks so much for the attention.

Sincerely

CLAYTON SCHWAN

*[signature]*